OFFICE OF THE ATTORNEY GENERAL OF TEXAS
AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Wm. J. Lawson
Secretary of State
Austin, Texas

Dear Mr. Lawson:     Attention - Mr. Abner L. Lewis

Opinion No. O-5065

Re: Application of the Parisian
Fur Company to copyright
its trade-name, under Article
851, R. C. S.

We beg to acknowledge receipt of your letter
propounding the question whether or not the Parisian Fur
Company may copyright its name under Article 851 of the
Revised Civil Statutes of Texas.

You state in your letter that, "Under the opin-
ion from your department No. 0-4791, to which we hearti-
ly concur, we have refused to copyright the name of busi-
nesses under Article 851."

Article 851 is as follows:

"Every person, association or union of
working men, incorporated or unincorporated,
that has heretofore or shall hereafter adopt
a label, trade mark, design, device, im-
print or form of advertisement, shall file
the same in the office of the Secretary of
State by leaving two fac simile copies, with
the Secretary of State, and said Secretary
shall return to such person, association or
union so filing the same, one of said fac
simile copies along with and attached to a
duly attested certificate of the filing of
same, for which he shall receive a fee of
one dollar. Such certificate of filing shall

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

in all suits and prosecutions under this chapter be sufficient proof of the adoption of such label, trade mark, design, device, imprint or form of advertisement, and of the right of such person, association or union to adopt the same. No label, trade mark, design, device, imprint or form of advertisement shall be filed as aforesaid that would probably be mistaken for a label, trade mark, design, device, imprint or form of advertisement already of record. No person, or association shall be permitted to register as a label, trade mark, design, device, imprint or form of advertisement any emblem, design or resemblance thereto that has been adopted or used by any charitable, benevolent or religious society or association, without their consent."

You were right in your refusal to accept and file this application for copyright of the mere business name or trade-name of the company as such. The application does not cover any copyrightable subject, matter, or thing, within the meaning of the statute.

APPROVED DEC 2, 1943

FIRST ASSISTANT
ATTORNEY GENERAL

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS-MR

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN